

# NUMBER 13-24-00557-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF M.A.A.O. AND A.R.A.O.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 9 OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant's agreed motion to dismiss appeal. Appellant no longer wishes to pursue this appeal.

The Court, having considered appellant's agreed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's agreed motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will

tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
9th day of January, 2025.